DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIO PEREZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-3906

[March 30, 2016]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. 09-2365CF10A.

Julio Perez, Live Oak, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed. See Novaton v. State*, 634 So. 2d 607, 609 (Fla. 1994); *Jacobs v. State*, 162 So. 29 (Fla. 4th DCA 2014).

GROSS, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***